(EDMI 9/2018) Appointment of the Federal Community Defender of the Eastern District of Michigan

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

|  |  |  |
|---|---|---|
| United States of America | ) | **Case: 4:26−mc−50273** |
|  | ) | **Assigned To : Behm, F. Kay** |
| v. | ) Case No. | **Assign. Date : 3/18/2026** |
| Thomas Sandstrom | ) | **IN RE: Appointment of the Federal** |
|  | ) | **Community Defender (CMC)** |

## APPOINTMENT OF THE FEDERAL COMMUNITY DEFENDER
## OF THE EASTERN DISTRICT OF MICHIGAN

☑ MULTIPLE DEFENDANT CASE          ☑ DEFENDANT IN CUSTODY

☐ NON-ENGLISH SPEAKING             LANGUAGE: _____

APPOINTMENT INFO:  Other (please explain) _____

OTHER:  Government witness in case 23-20262-1 USA v Omar Pouncy

The defendant has qualified for the appointment of counsel under the Criminal Justice Act.

**IT IS ORDERED** that the Federal Community Defender of the Eastern District of Michigan, 111 E. Court Street, Suite L-100, Flint, Michigan 48502, telephone (810) 232-9600, is appointed to represent this defendant in this case, unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitute counsel, or (3) appearance of retained counsel.

**IT IS FURTHER ORDERED** that should this case require the assignment of an attorney from the CJA panel, the Federal Community Defender of the Eastern District of Michigan is authorized to issue such appointment using the electronic system to create the appropriate CJA appointment form.  CJA Counsel will represent the defendant in this case unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitute counsel, or (3) appearance of retained counsel.

NEXT COURT DATE:  Trial begins 3/24/2026 _____

Date:  March 18, 2026 _____     s/F. Kay Behm _____
                                          *Judicial Officer's Signature*

                                          F. Kay Behm, U.S. District Judge _____
                                          *Printed name and title*

AUSA Assigned:  Jules DePorre and Ann Nee _____

## ORDER REQUIRING DEFENDANT TO MAKE PARTIAL PAYMENTS

**IT IS ORDERED** that partial payment be made by the defendant in the amount of $_____ monthly, commencing on _____, until this case is terminated or otherwise ordered by the Court.  Payment shall be made to the **Clerk of the Court, Theodore Levin United States Courthouse, 231 West Lafayette Boulevard, Detroit, MI 48226**.

_____
*Judicial Officer's Signature*

I hereby acknowledge that I am responsible for the partial payments and payment plan ordered by the Court.

_____
*Defendant's Signature*