UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

          Plaintiff,          Hon. F. Kay Behm

v.                         No 26-me-50273

Thomas Sandstrom,

          Defendant.

_____

MOTION OF THOMAS SANDSTROM TO QUASH SUBPOENA

Thomas Sandstrom, through his appointed counsel, moves to quash the subpoena issued by the government in the case of *United States v Omar Pouncy*, case 23-20262-1, in the United States District Court, Eastern District of Michigan, before the Honorable F. Kay Behm on March 24, 2026. This motion is made pursuant to  Fed R. Crim P. 17(c). The subpoena creates an undue hardship on Thomas Sandstrom because of his age, his medical condition and treatment, and the distance from his home in Florida.

March 20, 2026          s/Charles A. Grossmann
                              Charles A. Grossmann (P24522)
                              Attorney for thomas Sandstrom
                              813 Church St.
                              Flint, MI 48502

1

(810) 232-0553
cgrossmann702@hotmail.com
BRIEF IN SUPPORT

Thomas Sandstrom is a resident of Florida. He was served with a subpoena to testify for the government in the matter of *United States v Omar Pouncy,* case 23-20262-1, in the United States District Court, Eastern District of Michigan, before the Honorable F. Kay Behm on March 24, 2026. Mr Sandstrom is informed and believes his testimony may be related to when he and his wife were the victims of a car jacking. In spite of the above caption of this matter, Mr Sandstrom is not a defendant in the Omar Pouncy case or any other case that he is aware of.

Mr. Sandstrom requests that the subpoena be quashed pursuant to Fed. R. Crim. P. 17(c). The subpoena creates a burden and hardship for him to travel from his home in Florida to Michigan and to testify because he presently has cancer and is in treatment.

Mr. Sandstrom is 77. His cancer treatment includes drug therapy. He is weakened and fatigued by the treatment. He has a long awaited doctor's appointment on March 23,2026 which is necessary for him to schedule further treatment. He does not have written reports to attach to this motion, but his doctors are:  Dereck Thompson. The Villages, FL, 32163 (353) 674-8700, and oncologist, David Catalano, Lady Lake FL 32159, (352) 674-6300.  Appearing and testifying would be a hardship and may put his life in danger.

2

Wherefore Mr. Sandstrom requests the subpoena compelling his presents be quashed.


March 21, 2026                    s/Charles A. Grossmann
                                 Charles A. Grossmann (P24522)
                                 Attorney for Thomas Sandstrom
                                 813 Church St.
                                 Flint, MI 48502
                                 (810) 232-0553
                                 cgrossmann702@hotmail.com



**PROOF OF SERVICE**


 The undersigned electronically served the above document on the same date of electronically filing this document, on this date to all the parties of record; and by email to Jules DePorre and Ann Nee, the AUSAs in the case of *United States v Omar Pouncy,* case 23-20262-1


March 21, 2026                    s/Charles A. Grossmann
                                 Charles A. Grossmann (P24522)
                                 Attorney for Thomas Sandstrom
                                 813 Church St.
                                 Flint, MI 48502
                                 (810) 232-0553
                                 cgrossmann702@hotmail.com